IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SAVANNA CAREY**                                                                                                     **PLAINTIFF**

**V.**                                                          **CASE NO. 3:17-cv-611-DPJ-FKB**

**BAKER COOK WYNN HOMECARE, LLC**
**d/b/a SENIOR HOME CARE and**
**ASHLEY MARTIN, individually**                                                      **DEFENDANTS**

---

### ORDER STRIKING STIPULATION FOR EXTENSION OF TIME

---

Before the Court is a Stipulation for Extension of Time, [5], entered by Plaintiff. The stipulation purports to grant a 30-day extension of time to the Defendants to file their Answers. *Id.* FED. R. CIV. P. 6(b) contains the permissible procedure for extending a deadline under the Federal Rules of Civil Procedure. Under Rule 6(b)(1), only the Court may grant an extension. The stipulation extending the time period for Defendants to file their Answers does not comport with FED. R. CIV. P. 6 and is therefore stricken.

FED. R. CIV. P. 12(a)(1)(A)(i) requires a defendant to serve an answer within 21 days of being served with the summons and complaint. Should Defendants require additional time beyond that 21 days, Defendants are instructed to file a motion with the Court. If said motion is unopposed by Plaintiffs, Defendants are advised to inform the Court of such, per L. U. CIV. R. 7(b)(10).

IT IS SO ORDERED, this the 24th day of August, 2017.

                                                                              /s/ F. Keith Ball
                                                       UNITED STATES MAGISTRATE JUDGE