**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **SAVANNA CAREY** | **PLAINTIFF** |
| vs. | **CIVIL ACTION NO. 3:17-cv-611-DPJ-FKB** |
| **BAKER COOK WYNN HOMECARE, LLC**<br>d/b/a SENIOR HOME CARE and<br>**ASHLEY MARTIN, Individually** | **DEFENDANTS** |

**SHOW CAUSE ORDER**

This cause is before the Court *sua sponte*. On March 27, 2018, the Court entered an order [17] granting the motion of defense counsel S. Craig Panter to withdraw from representation as counsel for Baker Cook Wynn Homecare, LLC and Ashley Martin. That order further stated that the defendants shall notify the Court in writing, on or before May 4, 2018, as to whom each elects to employ as counsel of record in this matter. The order noted that as a corporation, Baker Cook Wynn Homecare, LLC may only appear before the Court through a licensed attorney, and that failure to notify the Court of its election of counsel may result in a judgment being entered against it. Defendants failed to respond to the order.

The Court interprets Ashley Martin's lack of response to the order as a notice that she intends to proceed *pro se*.

Baker Cook Wynn Homecare, LLC, however, cannot proceed *pro se*. Because Baker Cook Wynn Homecare, LLC has failed to respond to the March 27, 2018, order, the Court has no choice but to cancel the settlement conference scheduled for June 22, 2018. The Court orders Baker Cook Wynn Homecare, LLC to notify the Court in writing, on or before July 13, 2018, of its election of counsel. Failure to do so <u>will</u> result in a judgment being entered against Baker Cook Wynn Homecare, LLC.

SO ORDERED, this the 18th day of June, 2018.

                                                              /s/ F. Keith Ball
                                                      UNITED STATES MAGISTRATE JUDGE